Paong Desc Main by HJ
Receipt # 192010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: BAUNE, Brian J. and Lisa M.

Chapter 7 Case No. 09-44034

Please Check One:

___ Unclaimed Dividends

_X_ Distribution Less than $5

RECEIVED 10 NOV 19 AM 9:39 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| MINNESOTA POWER<br>PO BOX 1001<br>DULUTH, MN 55806-1001 | 7 | $ 30.78 | $ 0.66 |
| BROCK WHITE<br>2575 KASOTA AVE<br>ST. PAUL, MN 55108 | 13 | $168.01 | $ 3.59 |
| ACS<br>150 2ND STREET SW<br>PERHAM, MN 56573 | 16 | $ 39.46 | $ 0.84 |
| CHASE BANK USA NA<br>CREDITORS BKY SERVICE<br>PO BOX 740933<br>DALLAS TX 75374 | 17 | $205.56 | $ 4.40 |
| | | | 9.49 |

Date: 11/17/2010

J. Richard Stermer, Trustee