UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:    BAUNE, Brian J. and Lisa M.

Chapter 7 Case No.    09-44034

Please Check One:
___ Unclaimed Dividends
_X_ Distribution Less than $5    **(Supplemental Distribution)**

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| WAYNE GUSTAFSON<br>25384 350 ST SE, MCINTOSH, MN 56556 | 4 | $ 300.00 | $ 1.92 |
| ROUNDUP FUNDING LLC<br>MS 550 - PO BOX 91121<br>SEATTLE, WA 98111-9221 | 5 | $ 503.45 | $ 3.22 |
| CONNEXUS ENERGY<br>PO BOX 1808, MINNEAPOLIS, MN 55480-1808 | 6 | $ 548.31 | $ 3.51 |
| MINNESOTA POWER<br>PO BOX 1001, DULUTH, MN 55806-1001 | 7 | $ 30.78 | $ 0.20 |
| BROCK WHITE<br>2575 KASOTA AVE, ST. PAUL, MN 55108 | 13 | $ 168.01 | $ 1.08 |
| ACS<br>150 2ND STREET SW, PERHAM, MN 56573 | 16 | $ 39.46 | $ 0.26 |
| CHASE BANK USA NA<br>CREDITORS BKY SERVICE<br>PO BOX 740933, DALLAS TX 75374 | 17 | $ 205.56 | $ 1.31 |
| SARAH JEROME<br>522 E. HENNEPIN AVE. MINNEAPOLIS, MN 55414 | 21 | $ 300.00 | $ 1.92 |
| RON DRAPER<br>78 E. 10TH STREET, APT. 1509<br>ST. PAUL, MN 55101 | 29 | $ 550.07 | $ 3.53 |
| | | **Total:** | $16.95 |

Date:    12/09/2010                          J. Richard Stermer, Trustee