UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

RECEIVED
11 APR -6 AM 9:28
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Debtor:   BAUNE, Brian J. and Lisa M.

Chapter 7 Case No.   09-44034

Please Check One:
___ Unclaimed Dividends
_X_ Distribution Less than $5        (2ND Supplemental Distribution)

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| WAYNE GUSTAFSON<br>25384 350 ST SE, MCINTOSH, MN 56556 | 4 | $ 300.00 | $ 2.98 |
| MINNESOTA POWER<br>PO BOX 1001, DULUTH, MN 55806-1001 | 7 | $ 30.78 | $ 0.30 |
| BROCK WHITE<br>2575 KASOTA AVE, ST. PAUL, MN 55108 | 13 | $ 168.01 | $ 1.67 |
| ACS<br>150 2ND STREET SW, PERHAM, MN 56573 | 16 | $ 39.46 | $ 0.39 |
| CHASE BANK USA NA<br>CREDITORS BKY SERVICE<br>PO BOX 740933, DALLAS TX 75374 | 17 | $ 205.56 | $ 2.05 |
| SARAH JEROME<br>522 E. HENNEPIN AVE. MINNEAPOLIS, MN 55414 | 21 | $ 300.00 | $ 2.98 |
|  |  | **Total:** | $ 10.37 |

Date:   04/05/2011                                    J. Richard Stermer, Trustee